## UNITED STATES of America, Plaintiff–Appellee,

v.

## Amarildo FILSAIME, Defendant–Appellant.

### No. 00–7567.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 19, 2001.

Amarildo Filsaime, pro se. Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, NC, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Amarildo Filsaime seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Filsaime,* Nos. CR–96–212; CA–99–1101 (M.D.N.C. filed Aug. 17, 1999; entered Aug. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*